UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>C.W. BROWER, INC.,<br><br>　　　　　Defendant. | Case No.  1:21-cv-00866-DAD-HBK<br><br>VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(i)<br><br>(Doc. No.  4) |

　　　　Plaintiff filed a Notice of Voluntary Dismissal of Entire Action on August 6, 2021.  (Doc. No. 4).  Plaintiff states he is dismissing this action *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  (*Id*.) (emphasis added).

　　　　Accordingly, the Clerk of Court shall terminate all pending motions and deadlines and CLOSE this action to reflect Plaintiff's voluntary dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i).


Dated:   August 9, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE